# United States Court of Appeals
## For the First Circuit

---

No. 05-1631

WATERPROOFING SYSTEMS, INC.,

Plaintiff, Appellee,

v.

HYDRO-STOP, INC.,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on March 2, 2006, is amended as follows:

On page 9, line 21, "distributor" should read "supplier"

On page 9, line 22, "supplier" should read "distributor"